IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREIMAND BRANSCOMB**                                                                  **PLAINTIFF**
**#159729**

v.                          **Case No. 4:22-CV-00839-LPR**

**McFADDEN, Sheriff Officer, Pulaski**
**County Detention Facility, et al.**                                        **DEFENDANTS**

## ORDER

On September 13, 2022, Plaintiff Jereimand Branscomb, an inmate at the Pulaski County Detention Facility, filed a pro se complaint pursuant to 42 U.S.C. § 1983.[1] On September 15, 2022, the Court ordered Mr. Branscomb to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Branscomb that his failure to comply with the Order may cause his Complaint to be dismissed.[3] Mr. Branscomb has not complied with, or otherwise responded to, the September 15 Order. The time for doing so has expired.

Mr. Branscomb's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[4] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

---

[1] Compl. (Doc. 1) at 1, 3.

[2] Order (Doc. 2). The September 15 Order was entered by United States Magistrate Judge Patricia S. Harris. *Id.*

[3] *Id.*

[4] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

IT IS SO ORDERED this 12th day of December 2022.

                                                   _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE